**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00529-CV

**DESOTO PROFESSIONAL PARK, LTD., Appellant**

**V.**

**JOHN P. KIRTLAND, JEK LENDING, LLC, AND PD121 HOLDINGS, LLC, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07826**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate **INSTANTER**.

/s/  ROBERT M. FILLMORE
    JUSTICE